**Dismissed and Opinion Filed January 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00529-CV

### RACQUEL MACKEY, Appellant
### V.
### JACQUELINE LEE, Appellee

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-13265**

## MEMORANDUM OPINION

Before Justices Bridges, Myers, and Schenck
Opinion by Justice Bridges

Appellant has filed a motion to dismiss this interlocutory appeal stating the parties have settled all matters in controversy. We grant the motion and dismiss this appeal. TEX. R. APP. P. 42.1(a).

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170529F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

RACQUEL MACKEY, Appellant

No. 05-17-00529-CV    V.

JACQUELINE LEE, Appellee

On Appeal from the 162nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-16-13265.
Opinion delivered by Justice Bridges.
Justices Myers and Schenck participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear their own costs of this appeal.

Judgment entered January 25, 2018.